IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:09cv061

| | |
|---|---|
| JOHN H. JONES, | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|     vs. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| **Commissioner of Social Security,** | ) |
| | ) |
|     **Defendant.** | ) |
| | ) |
| _____ | ) |

## J U D G M E N T

For the reasons set forth in the Memorandum and Order filed herewith,

Pursuant to the terms of the Order filed simultaneously herewith,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion for Summary Judgment [Doc. 9] is **GRANTED** and the Defendant's Motion for Summary Judgment [Doc. 13] is **DENIED**.

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the decision of the Commissioner under Sentence Four of 42 U.S.C. § 405(g), the decision of the Commissioner is **REVERSED**, and this case is hereby **REMANDED** to the Commissioner for further

administrative action consistent herewith and with the accompanying Memorandum of Decision and Order.

**IT IS SO ORDERED.**

Signed: September 14, 2010

Martin Reidinger
United States District Judge